# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**ORIGINAL**

Case Number __08-01224__  Defendant Number _____

U.S.A. v. __Dmitriy Guzner__ Date of Birth __1989__

☐ Indictment   ☒ Information   Investigative Agency (FBI, DEA, etc.) __USSS, FBI, LAPD__

2008 OCT 17 AM 11:39

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense  ☐ Misdemeanor  ☐ Minor Offense  ☒ Felony
b. Date of Offense: __Jan. 17-18, 2008__
c. County in which first offense occurred: __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   X Los Angeles    ☐ Ventura
   ☐ Orange         ☐ Santa Barbara
   ☐ Riverside      ☐ San Luis Obispo
   ☐ San Bernardino ☐ Other _____

Citation of offense: __18 U.S.C. § 1030(a)(5)(A)(i), (b)(i)__

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number: _____
   Charging: _____

The Complaint:  ☐ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                    ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____ N/A _____

Case Number: _____ N/A _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
   _____ N/A _____

☐ was previously dismissed on: _____ N/A _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*                    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*                    ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes                     ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

---

CR-72 (07/05)                    CASE SUMMARY                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☒ Male
- ☐ Female
- ☒ U.S. Citizen
- ☐ Alien
- Alien Name(s): _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:   ☐ Yes   ☒ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☒ Other: Computer hacking

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $ _____
c. PSA supervision?   ☐ Yes   ☒ No
d. Is a Fugitive?   ☐ Yes   ☒ No
e. Is on bail or release from another district: _____

f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:   ☐ Yes   ☐ No

Defendant is IN custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
   Reg. No. _____
d. ☐ Solely on this charge. Date and time of arrest:
   e. On another conviction:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody:   N/A

This person/proceeding is transferred from another district pursuant to F.R.CrP.   ___ 20   ___ 21   ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: Oct. 17, 2008

_Signature of Assistant U.S. Attorney_

Wesley Hsu
_Print Name_