# *Memorandum*



08-01224

| Subj: | Date: |
|---|---|
| United States v. Dmitriy Guzner | Oct. 17, 2008 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | Wesley L. Hsu<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

United States v. Dmitriy Guzner, being filed on Oct. 17, 2008,

  [ ] is

  [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

Wesley Hsu
Assistant United States Attorney
Criminal Division