In the United States District Court

for the _____Central_____ District of _____California (Western Division)_____

United States of America

v.

Dmitriy Guzner

Criminal No. 2:08-cr-01224

**ORIGINAL**

FILED 2008 DEC 19 PM 2:14

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, _____Dmitriy Guzner_____, defendant, have been informed that a ___information___ _(indictment, information, complaint)_ is pending against me in the above designated cause. I wish to plead ___guilty___ _(guilty, nolo contendre)_ to the offense charged, to consent to the disposition of the case in the _____ District of ___New Jersey___ in which I ___reside___ _(am under arrest, am held)_ and to waive trial in the above captioned District.

Dated: __11/19/08__, _____ at _____

_(Defendant)_ [signature]

_(Witness)_ [signature]

_(Counsel for Defendant)_ [signature]

Approved

[signature: Ralph J. Marra, Jr.]
United States Attorney for the
_____ District of
_____ New Jersey

[signature]
United States Attorney for the
_____ Western _____ District of
_____ California (Western Division)

FORM USA-153
SEP 82