UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| DEFENDANT(S), | NOTICE OF CLERICAL ERROR |

TO:     U. S. District Judge(s)
        U. S. Magistrate Judge(s)
        Counsel of  Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____     Document Number: _____

☐     Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐     Case number has been corrected.  The correct case number is _____

☐     Incorrect judge's initials were indicated on this ☐ action ☐ document.  The correct judge's initials are _____

☐     Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document.  The correct  magistrate judge's initials
        are _____.

☐     Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to

        ☐ Judge ☐ Magistrate Judge _____.  The initials of the new judge(s) are _____

☐     Case was assigned  to ☐ Western ☐ Southern ☐ Eastern division.  Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06,

        the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division.  The former case number _____
        has been reassigned to new case number _____

☐     Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location
        will result in your documents being returned to you.

☐     Case title is corrected from _____ to _____

☐     Document has been re-numbered as document number _____

☐     Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on
        document.  The correct date is _____

☐     Document is missing page number(s): _____

☐     To ensure proper routing of documents, all documents filed  with the court must reflect the following case number and judge's
        initials: _____

☐     Other:

CLERK, U.S. DISTRICT COURT

Date _____              By: _____
                                                    Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*