# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | CR 08-1224 DSF | | Date | 1/12/09 |
|---|---|---|---|---|

Present: The Honorable   Dale S. Fischer, United States District Judge

| Debra Plato | Pamela Seijas | Jacob Joon Ho Yim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| Jorge Aguilar Hernandez | Gerald Salseda | | X | | Indra Zuna-Pantoja, Spanish |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**

\_\_\_\_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      **X**   Refer to separate Judgment Order.

\_\_\_\_ Imprisonment for _years/months_ on each of counts _____

\_\_\_\_ Count(s) _____ concurrent/consecutive to count(s) _____

\_\_\_\_ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

\_\_\_\_ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

\_\_\_\_ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

\_\_\_\_ \_\_\_\_ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

    \_\_\_\_ Perform _____ hours of community service.
    \_\_\_\_ Serve _____ in a CCC/CTC.
    \_\_\_\_ Pay $_____ fine amounts & times determined by P/O.
    \_\_\_\_ Make $_____ restitution in amounts & times determined by P/O.
    \_\_\_\_ Participate in a program for treatment of narcotic/alcohol addiction.
    \_\_\_\_ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    \_\_\_\_ Other conditions: _____

\_\_\_\_ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

\_\_\_\_ Pay $_____ per count, special assessment to the United States for a total of $_____

\_\_\_\_ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

**X** The Court grants the government's oral motion to dismiss the underlying complaint and/or the remaining counts of the indictment and/or superseding indictment.

**X** Defendant informed of right to appeal.

\_\_\_\_ ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.

\_\_\_\_ Bond exonerated _____ upon surrender _____ upon service of _____

\_\_\_\_ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

\_\_\_\_ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

\_\_\_\_ Issued Remand/Release   # _____

\_\_\_\_ Present bond to continue as bond on appeal.   Appeal bond set at $_____

**X** Filed and distributed judgment. ENTERED.

\_\_\_\_ Other _____

                                                           0 : 15

Initials of Deputy Clerk   *dp*