**ORIGINAL**

In the United States District Court

for the _____Central_____ District of _____California (Western Division)_____

United States of America

v.

_____Dmitriy Guzner_____

Criminal No. 2:08-cr-01224

2008 DEC 19 PM 2: 14

FILED

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, _____Dmitriy Guzner_____, defendant, have been informed that a _information_ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead _guilty_ *(guilty, nolo contendre)* to the offense charged, to consent to the disposition of the case in the District of _____New Jersey_____ in which I _reside_ *am under arrest, am held)* and to waive trial in the above captioned District.

Dated: 11/19/08 , _____ at _____

_____(Defendant)_____

_____(Witness)_____

_____(Counsel for Defendant)_____

Approved

_Ralph J. Marra, Jr._
United States Attorney for the
_____ District of
_____New Jersey_____

_____
United States Attorney for the
_____Western_____ District of
_____California (Western Division)_____

FORM USA-153
SEP 92