**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

DATE:

_____ District Of _____

Transfer of  ☐ Criminal Case   or  ☐ Magistrate Case
Case No. _____    Case Title: _____

Dear Sir/Madam:

**Pursuant to Rule 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☐ This is an electronically filed case and the documents are available through pacer
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond          or      ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport      or      ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other _____

**Pursuant to  ☐ Rule 20 / ☐ Rule 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

**\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By _____
Deputy Clerk

*cc:   U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: _____         Clerk, U.S. District Court

                                By: _____
Date                                Deputy Clerk

CR-48 (05/08)                LETTER RE: RULE 5, 20 and 21 - TRANSFER OUT